

**Sanford Heisler, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Ross Brooks*, Partner
(646) 402-5668
rbrooks@sanfordheisler.com

Washington D.C. | New York | San Francisco | San Diego

November 23, 2016

Margaret Carter
Clerk of the Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: *United States ex rel. Nargol and Langton et al. v. DePuy Orthopaedics, Inc., et al.*, No. 16-1442 —Appellants' Notice of Supplemental Authority Pursuant to Federal Rule of Appellate Procedure 28(j): *U.S. ex rel. Lawton v. Takeda Pharmaceutical Co.*, No. 16-1382 (1st Cir. Nov. 22, 2016) ("Lawton")

*Lawton* supports Relators' arguments in three ways. First, *Lawton* indicates that Relators sufficiently plead a representative claim for Patient F.I. (Opening Br. 21-35; Reply Br. 4-14.) Relators may assert this indirect claim under 31 U.S.C. § 3729(a)(1)(A), which imposes liability for "a false or fraudulent claim for payment or approval." (Slip Op. 9.) A flexible standard applies to indirect claims. (Reply Br. 3-4.)

*Lawton* affirms that Relators need only plead "'specific medical providers who allegedly submitted false claims,' the 'rough time periods, locations, and amounts of the claims,' and 'the specific government programs to which the claims were made.'" (Slip Op. 10.) Relators here plead that, around November 12, 2007, Dr. J.N. caused Stony Brook University Medical Center to seek reimbursement for a nonconforming Pinnacle device from New York Medicaid.

Second, *Lawton* suggests that Relators' total falsity pleadings satisfy Rule 9(b). (Slip Op. 12) (suggesting that a complaint that plausibly alleges every claim is false need not identify specific claims) (citing *United States ex rel. Westmoreland v. Amgen, Inc.*, 738 F. Supp. 2d 267, 277 (D. Mass. 2010)). Similarly, Relators plausibly allege that *all* claims for government purchases of Pinnacle devices since 2005 were false. (Opening Br. 39-47; Reply Br. 16-21.)

Finally, Relators' statistical allegations exceed Lawton's. Unlike Lawton, Relators do not merely insinuate that government funds went to unlawful claims. (Slip Op. 13-14.) As in *U.S. ex rel. Rost v. Pfizer, Inc.*, 507 F.3d 720, 732-33 (1st Cir. 2007), the relator in *Lawton* failed to plead facts implying that the government paid claims for off-label uses. Here, Relators' statistical allegations are augmented by their representative claim. Further, Relators allege, at least 50% of the devices were defective because they did not conform to mandated specifications, yet FDA's quality assurance regulations required Defendants to inspect 100% of them. (SAC ¶ 372.) It is a reasonable inference that failure to do so necessarily resulted in false claims. Relators also maintain that all claims were false because no provider would have chosen the product knowing of its defects and high failure rate. In *Lawton*, by contrast, no similar evidentiary inference was warranted.

Respectfully submitted,

*/s/Ross B. Brooks*
Ross B. Brooks
David W. Sanford
Russell L. Kornblith
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
rbrooks@sanfordheisler.com
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Kevin M. Kinne
**COHEN KINNE VALICENTI & COOK, LLP**
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331
kkinne@cohenkinne.com

*Attorneys for Relators Antoni Nargol and David Langton*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2016 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Hannah R. Bornstein

Dina Michael Chaitowitz

George Bunker Henderson, II

Christopher M. Hennessey

Kevin M. Kinne

Russell L. Kornblith

Denise Danielle Pelot

David W. Sanford

Mark D. Seltzer

 

*/s/Ross B. Brooks*
Ross B. Brooks