

**Sanford Heisler, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Ross Brooks*, Partner
(646) 402-5668
rbrooks@sanfordheisler.com

Washington D.C. | New York | San Francisco | San Diego

November 23, 2016

Margaret Carter
Clerk of the Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    RE:    *United States ex rel. Nargol and Langton et al. v. DePuy Orthopaedics, Inc., et al.*, No. 16-1442 — Appellants' Notice of Supplemental Authority Pursuant to Federal Rule of Appellate Procedure 28(j): *U.S. ex rel. Escobar v. Universal Health Services, Inc.*, No. 14-1423 (1st Cir. Nov. 22, 2016) ("*Escobar*")

    *Escobar* supports Relators' arguments on appeal. *First*, while addressing the issue of materiality, *Escobar* implicitly recognized that one patient suffices as representative. (*See* Slip Op. 20.) Relators similarly argue that one representative patient suffices. (Reply Br. 7-8.)

    *Second*, *Escobar's* acknowledgement that, "given applicable federal and state privacy regulations . . . it is highly questionable whether Relators could have even accessed [additional] information" about other patients (Slip Op. 20) supports Relators' leave to amend and reconsideration arguments. Relators argued that HIPAA delayed their investigation and protected the information sought from disclosure. (Reply Br. 26-27.)

    *Third*, *Escobar* refutes the district court's suggestion that Relators' FCA case is a repackaged products liability claim, and that Relators' medical necessity allegations were merely conclusory. (Opening Br. 42-43; Reply Br. 18-19.) Here, as in *Escobar*, the alleged misconduct is as serious and "central to the bargain as the United States ordering and paying for a shipment of guns, only to later discover that the guns were incapable of firing." (Slip Op. 18-19.) Relators

allege that Defendants knew the Pinnacle device was defective and highly prone to failure, yet made material misrepresentations and omissions to secure government reimbursement. (Opening Br. 46-47.) In other words, Defendants broke their bargain with the FDA causing the Pinnacle to be medically unreasonable. (Opening Br. 26-29, 42-43.)

*Fourth*, *Escobar* indirectly supports Relators' total falsity theory. (Opening Br. 39-47.) Similar to the defective gun shipments referenced in *Escobar*, Relators identify *all* Pinnacle hips manufactured since 2005 as plagued with defects and unfit for their intended use. As in the *Escobar* example, the whole lot is rotten.

*Finally*, Escobar suggests that Relators need not plead *actual reliance*. Unless the government purchases a product with "actual knowledge" of relevant facts, an objective materiality standard applies. (Slip Op. 19-20.) Here, because of Defendants' fraudulent conduct, neither surgeons nor the government had actual knowledge of the device's deficiencies until after it was discontinued. Yet, contrary to *Escobar*, the court below required that Relators plead the relevant physicians' specific reliance upon particular statements that turned out to be false. (*See* Reply Br. 10-13.) This was error.

Respectfully submitted,

*/s/Ross B. Brooks*
Ross B. Brooks
David W. Sanford
Russell L. Kornblith
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
rbrooks@sanfordheisler.com
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

Kevin M. Kinne
**COHEN KINNE VALICENTI & COOK, LLP**
28 North Street, 3rd Floor
Pittsfield, MA 01201
Telephone: (413) 443-9399

November 23, 2016
Page 3

Facsimile: (413) 553-0331
kkinne@cohenkinne.com

***Attorneys for Relators Antoni Nargol and David Langton***

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Hannah R. Bornstein

Dina Michael Chaitowitz

George Bunker Henderson, II

Christopher M. Hennessey

Kevin M. Kinne

Russell L. Kornblith

Denise Danielle Pelot

David W. Sanford

Mark D. Seltzer

*/s/Ross B. Brooks*
Ross B. Brooks